AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Charles Edward Thomas,<br>*Plaintiff*<br>v.<br>South Carolina Department of Corrections Medical Division, Financial Division; Jon Ozmint; PRISON DIRECTOR, Former, in their Individual and Official Capacities,<br>*Defendants* | Civil Action No.   0:14-cv-03244-DCN |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Charles Edward Thomas, shall take nothing of the defendants; South Carolina Department of Corrections, Jon Ozmint, and Prison Director, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding.  The Court having affirmed the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismisses the complaint without prejudice.

Date:  September 24, 2014                                                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                         s/G. Mills
                                                                                                    _____
                                                                                                        *Signature of Clerk or Deputy Clerk*